IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:05-CR-4-1BO1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| DEAN E. RANDOLPH | ) | |

The Grand Jury charges that:

### COUNT ONE

On or about December 8, 2004, in the Eastern District of North Carolina, defendant DEAN E. RANDOLPH knowingly deposited in a post office and authorized depository for mail matter a communication addressed to another person, with the intent to extort money and other things of value, which communication contained a threat to injure the person of the addressee and another, in violation of Title 18, United States Code, Section 876(b).

### COUNT TWO

On or about December 8, 2004, in the Eastern District of North Carolina, defendant DEAN E. RANDOLPH knowingly deposited in a post office and authorized depository for mail matter a communication addressed to another person, which communication contained a threat

-1-

to injure the person of the addressee and another, in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

_____
FOREPERSON

_____
DATE  1/19/05

FRANK D. WHITNEY
United States Attorney

BY: _____
CLAY C. WHEELER
Assistant United States Attorney
Criminal Division