UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:05-CR-4-1BO



| UNITED STATES OF AMERICA | |
|---|---|
| v. | SENTENCING MEMORANDUM |
| DEAN E. RANDOLPH | |

NOW COMES, the Defendant Dean E. Randolph, by and through his undersigned attorney, Debra Carroll Graves, Assistant Federal Public Defender, and submits the attached character letter to assist this Court in fashioning a reasonable sentence in his case.

Respectfully submitted this 11th day of July, 2005.

THOMAS P. McNAMARA
Federal Public Defender

*Debra Carroll Graves*
DEBRA CARROLL GRAVES
Assistant Federal Public Defender
Senior Trial Attorney
N.C. State Bar No. 13513

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

CLAY C. WHEELER
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by hand-delivering a copy of same.

This the 11th day of July, 2005.

*Debra Carroll Graves*
DEBRA CARROLL GRAVES
Assistant Federal Public Defender
Senior Trial Attorney
N.C. State Bar No. 13513

221 Woodland Circle
Hertford, NC 27944

June 28, 2005

Attorney Debra C. Graves
150 Fayetteville Street Mall, Syite #450
Raleigh, NC 27601

Re: Dean Randolph

Dear Ms. Graves:

The purpose of this letter is to give Mr. Randolph a very good charter reference.

Since I have known Mr. Randolph, I have only seen and heard good things about him.

He has tried to help the elderly people in the community. Stayed mostly to himself. Never known of him being in bad company. Believes in God and lives a Christian life. I would be proud to have him as a brother.

When he called in January to let us know he was in prison. I could not amagine why.

I feel he is an asset to the community and is missed by all.

Thanking you for your time.

Sincerely,

Janie E, Hudgins

JEH/s